ACCEPTED
05-14-00588-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/23/2015 10:19:23 AM
LISA MATZ
CLERK

## NO. 05-14-00588-CV

## IN THE COURT OF APPEALS
## FOR THE FIFTH COURT OF APPEALS
## AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/23/2015 10:19:23 AM
LISA MATZ
Clerk

_____

## TRANSCONTINENTAL REALTY INVESTORS, INC.,
*Appellant*


**v.**


## ORIX CAPITAL MARKETS, LLC, et al.,
*Appellees.*

_____


Appeal from the 134th District Court, Dallas County, Texas
No. DC-11-15428, The Honorable Dale Tillery, Presiding

_____


## APPELLANT'S NOTICE OF FILING OF
## INCREASE OF SUPERSEDEAS BOND

TO THE HONORABLE FIFTH COURT OF APPEALS:

COMES NOW, Appellant, Transcontinental Realty Investors, Inc., in the above-styled and numbered cause and files this Notice of Filing of Increase of Supersedeas Bond, respectfully notifying the Court of the filing of increase of supersedeas Bond No. 0601836, as demonstrated by the attached Surety Rider and Power of Attorney filed in the trial court in Cause No. DC-11-15428. ["Attachment 1"]

Respectfully submitted,

**SHAMOUN & NORMAN, L.L.P.**

By:\_/S/ Jonathan J. Cunningham_____
    **Jonathan J. Cunningham**
    State Bar No. 00793574
    jjc@snlegal.com
    **C. Gregory Shamoun**
    State Bar No. 18089650
    g@snlegal.com

1755 Wittington Place, Suite 200, LB 25
Dallas, Texas 75234
(214) 987-1745 (Telephone)
(214) 521-9033 (Telecopier)

**ATTORNEYS FOR APPELLANT**
**Transcontinental Realty Investors, Inc.**

<u>Certificate of Service</u>

I certify that a copy of this document was served via the methods referenced on this 23rd day of October, 2015, upon counsel all known counsel of record shown below:

**VIA CMRRR/E-Filing Service/and E-Mail**
Talmage Boston, Esq.
tboston@winstead.com
Elisabeth Wilson, Esq.
ewilson@winstead.com
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  214/745-5400
Facsimile: 214/745-5390


Nicola Hobeiche, Esq.
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, Texas 75201
Telephone: 214/237-2000
Facsimile:  214/237-2018
Nicola.hobeiche@orix.com

**Attorneys for ORIX Capital Markets, LLC and
Wells Fargo Bank Minnesota, N.A.**



    _/S/ Jonathan J. Cunningham_____
JONATHAN J. CUNNINGHAM
State Bar No. 00793574
jjc@snlegal.com

# ATTACHMENT "1"

NO. DC-11-15428

| | | |
|---|---|---|
| ORIX CAPITAL MARKETS LLC, | § | IN THE DISTRICT COURT |
| Plaintiff/Counter-Defendant, | § | |
| VS. | § | |
| | § | |
| TRANSCONTINENTAL REALTY | § | |
| INVESTORS, INC., | § | |
| Defendant/Counter- | § | |
| Claimant/Third-Party Plaintiff, | § | DALLAS COUNTY, TEXAS |
| VS. | § | |
| | § | |
| WELLS FARGO BANK MINNESOTA, | § | |
| N.A., AS TRUSTEE FOR THE | § | |
| MORTGAGE PASS-THROUGH | § | |
| CERTIFICATES SERIES 99-CI, | § | |
|    Third-Party Defendant. | § | 134th JUDICIAL DISTRICT |

## NOTICE OF FILING OF INCREASE OF SUPERSEDEAS BOND

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW, Transcontinental Realty Investors, Inc., Defendant/Counter-Claimant/Third-Party Plaintiff, in the above-entitled cause, who gives notice of filing of increase of the previously filed supersedeas Bond No. 0601836, as demonstrated by the attached Surety Rider and Power of Attorney. ["Attachment 1]

         Respectfully Submitted,

         SHAMOUN & NORMAN, L.L.P.

         /S/ Jonathan J. Cunningham
         **C. GREGORY SHAMOUN**
         State Bar No. 18089650
         g@snlegal.com
         **JONATHAN J. CUNNINGHAM**
         State Bar No. 00793574
         jjc@snlegal.com
         1755 Wittington Place, Suite 200, LB25
         Dallas, Texas 75234
         Telephone: (214) 987-1745
         Facsimile: (214) 521-9033
         **ATTORNEYS FOR TCI**

Notice of Filing of Increase of Supersedeas Bond

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded to all counsel of record via E-File Service, CM/RRR, and E-mail delivery on this 21st day of October, 2015 --

Talmage Boston, Esq.
tboston@winstead.com
Elisabeth Wilson, Esq.
ewilson@winstead.com
WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Telephone:  214/745-5400
Facsimile: 214/745-5390

Nicola Hobeiche, Esq.
ORIX USA Corporation
1717 Main Street, Suite 900
Dallas, Texas 75201
Telephone: 214/237-2000
Facsimile:  214/237-2018
Nicola.hobeiche@orix.com

**Attorneys for ORIX Capital Markets, LLC and
Wells Fargo Bank Minnesota, N.A.**

Notice of Filing of Increase of Supersedeas Bond

# ATTACHMENT

# "1"

# SURETY RIDER - COURT BONDS

To be attached to and form a part of

Type of Bond: Supersedeas Appeal Bond

Bond No. **0601836**

dated effective May 12, 2014
(MONTH, DAY, YEAR)

executed by Transcontinental Realty Investors, Inc. , as Principal,
(PRINCIPAL)

and by International Fidelity Insurance Company , as Surety,
(SURETY)

in the matter of Orix Capital Markets LLC vs. Transcontinental Realty Investors, Inc.

Cause No. 11-15428

in favor of Orix Capital Markets LLC

In consideration of the mutual agreements herein contained the Principal and the Surety hereby consent to changing

The penal sum of the Supersedeas Appeal Bond

From: $458,906.76

To: $733,906.76    The penal sum of this bond is now $733.906.76

Nothing herein contained shall vary, alter or extend any provision or condition of this bond except as herein expressly stated.

This rider is effective October 14, 2015
(MONTH, DAY, YEAR)

Signed and Sealed October 14, 2015
(MONTH, DAY, YEAR)

Transcontinental Realty Investors, Inc.

|  | PRINCIPAL | APPROVED |
|---|---|---|
| By: | VP | |
|  | TITLE | |

International Fidelity Insurance Company

|  | SURETY | DATE |
|---|---|---|
| By: James W. Baughman | ATTORNEY | |

**APPROVED THIS** OCT 2 1 2015 **DAY OF** ___ JUDGE

**FELICIA PITRE**
**Clerk of the District Courts**
**Dallas, County, Texas**
By _____ Deputy

LMS-11202 10/99

Tel (973) 624-7200

# POWER OF ATTORNEY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

### ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

KNOW ALL MEN BY THESE PRESENTS: That INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Jersey, and ALLEGHENY CASUALTY COMPANY a corporation organized and existing under the laws of the State of Pennsylvania, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

### JAMES W. BAUGHMAN, ALEXANDER T. DAM, KAREN CARR

Dallas, TX.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, Chief Executive Officer or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-In-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 22nd day of July, 2014.

STATE OF NEW JERSEY
County of Essex

**ROBERT W. MINSTER**
Chief Executive Officer (International Fidelity
Insurance Company) and President (Allegheny
Casualty Company)

On this 22nd day of July 2014, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.



A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 16, 2019

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 14th day of October, 2015

**MARIA BRANCO, Assistant Secretary**

CAUSE NO. 11-15428

| | | |
|---|---|---|
| ORIX CAPITAL MARKETS LLC, | § | IN THE DISTRICT COURT |
| Plaintiff/Counter-Defendant, | § | |
| VS. | § | |
| | § | |
| TRANSCONTINENTAL REALTY | § | |
| INVESTORS, INC., | § | |
| Defendant/Counter-Claimant/Third | § | |
| Party Plaintiff, | § | DALLAS COUNTY, TEXAS |
| VS. | § | |
| | § | |
| WELLS FARGO BANK MINNESOTA, | § | |
| N.A., AS TRUSTEE FOR THE | § | |
| MORTGAGE PASS-THROUGH | § | |
| CERTIFICATES SERIES 99-CI, | § | |
| Third-Party Defendant. | § | 134th JUDICIAL DISTRICT |

## <u>SUPERSEDEAS APPEAL BOND</u>

### KNOW ALL MEN BY THESE PRESENTS:

Transcontinental Realty Investors, Inc. as principal, and International Fidelity Insurance Company of One Newark Center, 20th Floor, Newark, NJ 07102, as surety, are held and firmly bound unto Orix Capital Markets, LLC in the sum of Four Hundred Fifty Eight Thousand Nine Hundred Six and 76/100 Dollars ($458,906.76) for the payment of which well and truly to be made, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally, firmly by these presents.

The condition of this obligation is such that whereas Orix Capital Markets, LLC has in the 134th Judicial District Court of Dallas County, Texas in the above-entitled cause therein pending recovered a judgment against the said Transcontinental Realty Investors, Inc. and whereas the above-named appellant has, according to law, taken an appeal from the said

judgment.

NOW THEREFORE, if the said appellant shall satisfy the said judgment in full together with the costs, interest and damages for delay, if for any reason the appeal is dismissed or if the judgment is affirmed, and shall satisfy in full such modification of the judgment and such costs, interest and damages as the appellate court may adjudge and award, and if said judgment be set aside, then this obligation shall be void; otherwise, to remain in full force and effect, provided however, the maximum liability of the surety shall not exceed the penal sum of Four Hundred Fifty Eight Thousand Nine Hundred Six and 76/100 Dollars ($458,906.76).

IN WITNESS WHEREOF, we have hereunto set our hands this 12th day of May, 2014.

Principal:                          **TRANSCONTINENTAL REALTY INVESTORS, INC.**

By: _____

Surety:                             **INTERNATIONAL FIDELITY INSURANCE COMPANY**

By: _____
James W. Baughman
Attorney-in-Fact

Tel (973) 624-7200

# POWER OF ATTORNEY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
## ALLEGHENY CASUALTY COMPANY

### ONE NEWARK CENTER, 20TH FLOOR NEWARK, NEW JERSEY 07102-5207

KNOW ALL MEN BY THESE PRESENTS: That INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Jersey, and ALLEGHENY CASUALTY COMPANY a corporation organized and existing under the laws of the State of Pennsylvania, having their principal office in the City of Newark, New Jersey, do hereby constitute and appoint

JAMES W. BAUGHMAN, KELLY A. WESTBROOK, KAREN CARR

Dallas, TX.

their true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by their regularly elected officers at their principal offices.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of the By-Laws of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY and is granted under and by authority of the following resolution adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting duly held on the 20th day of July, 2010 and by the Board of Directors of ALLEGHENY CASUALTY COMPANY at a meeting duly held on the 15th day of August, 2000:

"RESOLVED, that (1) the President, Vice President, or Secretary of the Corporation shall have the power to appoint, and to revoke the appointments of, Attorneys-in-Fact or agents with power and authority as defined or limited in their respective powers of attorney, and to execute on behalf of the Corporation and affix the Corporation's seal thereto, bonds, undertakings, recognizances, contracts of indemnity and other written obligations in the nature thereof or related thereto; and (2) any such Officers of the Corporation may appoint and revoke the appointments of joint-control custodians, agents for acceptance of process, and Attorneys-in-fact with authority to execute waivers and consents on behalf of the Corporation; and (3) the signature of any such Officer of the Corporation and the Corporation's seal may be affixed by facsimile to any power of attorney or certification given for the execution of any bond, undertaking, recognizance, contract of indemnity or other written obligation in the nature thereof or related thereto, such signature and seals when so used whether heretofore or hereafter, being hereby adopted by the Corporation as the original signature of such officer and the original seal of the Corporation, to be valid and binding upon the Corporation with the same force and effect as though manually affixed."

IN WITNESS WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY have each executed and attested these presents on this 12th day of March, 2012.

 

STATE OF NEW JERSEY
County of Essex

ROBERT W. MINSTER
Executive Vice President/Chief Operating Officer
(International Fidelity Insurance Company)
and President (Allegheny Casualty Company)

On this 12th day of March 2012, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said he is the therein described and authorized officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY ; that the seals affixed to said instrument are the Corporate Seals of said Companies; that the said Corporate Seals and his signature were duly affixed by order of the Boards of Directors of said Companies.

IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 27, 2014

### CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY and ALLEGHENY CASUALTY COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Sections of the By-Laws of said Companies as set forth in said Power of Attorney, with the originals on file in the home office of said companies, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 12th day of May, 2014

MARIA BRANCO, Assistant Secretary

VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID